UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH LEROY MCCOY,<br><br>    Plaintiff,<br><br>    v.<br><br>J. RAMIREZ, et al.<br><br>    Defendants. | Case No. 1:13-cv-01808-MJS (PC)<br><br>**ORDER DENYING MOTION FOR RETURN OF ORIGINAL DOCUMENTS**<br><br>**(ECF No. 27)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action brought pursuant to 42 U.S.C. § 1983.

On June 12, 2015, Plaintiff filed a motion requesting return of original documents that had been filed with the Court. (ECF No. 27.) Plaintiff states that he sent the documents to the Court without making copies in an effort to respond expeditiously to the Court's order to show cause. The documents Plaintiff refers to appear at Docket No. 26, pages 10-11, and consist of an envelope purporting to demonstrate that Plaintiff's initial response to the Court's order to show cause was returned to Plaintiff because it was mailed to the wrong address.

This is not Plaintiff's first request for additional copies of documents sent to the Court; it is his **fifth.** To the extent Plaintiff wishes to maintain copies of documents filed with the Court, doing so is his own responsibility and it must be done at his own expense. The Court cannot serve as a copying service for Plaintiff.

Accordingly, Plaintiff's motion is HEREBY DENIED. Additionally, absent extraordinary circumstances or other good cause, no further such requests will be granted.

IT IS SO ORDERED.

Dated:   June 17, 2015          /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE