UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH LEROY MCCOY,<br><br>           Plaintiff,<br><br>     v.<br><br>J. RAMIREZ, et al.,<br><br>           Defendants. | CASE NO. 1:13-cv-01808-MJS (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**(ECF No. 23)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.

On January 13, 2015, the Court screened Plaintiff's first amended complaint and ordered Plaintiff to either file a second amended complaint or notify the Court of his willingness to proceed only on his cognizable claims. (ECF No. 12.) Plaintiff requested and was granted two extensions of time to file an amended complaint. (ECF Nos. 18 and 21.) He also repeatedly requested copies of his first amended complaint be sent back to him; they were sent to him on three separate occasions.

Nonetheless, the time for Plaintiff to amend passed without Plaintiff either filing an amended complaint or seeking a further extension of time to do so. Accordingly, on May 11, 2015, the Court ordered Plaintiff to show cause within fourteen days why the action should not be dismissed. (ECF No. 23.) No timely response was filed.

Thereafter, Plaintiff filed several submissions addressing his failure to timely

respond to the order to show cause. (ECF Nos. 24, 26, 28, 29.) Plaintiff did not specifically address his failure to timely amend. (Id.) Nevertheless, on June 22, 2015, Plaintiff filed a second amended complaint. (ECF No. 31.)

Despite Plaintiff's failure to show cause for his untimely filing, the Court will discharge the order to show cause and screen Plaintiff's second amended complaint in due course.

Plaintiff is advised that this Court has hundreds of such cases pending at any one time. Having to repeatedly respond to Plaintiff and constantly prod him to comply with his obligations to move the case along deprives others of the Court's attention and will not continue to be tolerated.

Nevertheless, based on the foregoing, the order to show cause (ECF No. 23) is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   June 29, 2015                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE