UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH LEROY MCCOY,<br><br>　　Plaintiff,<br><br>　v.<br><br>J. RAMIREZ, et al.,<br><br>　　Defendants. | CASE NO. 1:13-cv-01808-MJS (PC)<br><br>**ORDER DENYING DEFENDANT'S MOTION OR ORDER REVOKING IN FORMA PAUPERIS STATUS, GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME, AND APPROVING SUBSTITUTION OF ATTORNEY**<br><br>**(ECF Nos. 48, 53, 55)**<br><br>**FOURTEEN (14) DAY DEADLINE** |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. (ECF Nos. 1 & 5.) The matter proceeds against Defendant Ramirez on an Eighth Amendment excessive force claim. (ECF No. 33.) The docket reflects that a copy of the summons and operative pleading were mailed to Defendant on August 22, 2015, and Defendant mailed a waiver of service on October 8, 2015. (ECF No. 41.)

　　　On November 19, 2015, Defendant filed a motion for an order revoking Plaintiff's in forma pauperis status on the ground that Plaintiff is a "three-striker" pursuant to 28

U.S.C. § 1915(g). (ECF No. 48.) Defendant also sought, and was granted, an extension of time to file a responsive pleading pending the Court's ruling on his motion. In his objections to that motion, Plaintiff correctly argued that his in forma pauperis status is not subject to revocation because the strikes referenced by Defendant were incurred *after* he filed the instant action. On this ground, Defendant now moves to withdraw his motion to revoke and seeks an extension of time to file a responsive pleading. (ECF No. 53.) Also before the undersigned is a proposed substitution of attorney for Defendant. (ECF NO. 55.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's motion to withdraw his motion (ECF No. 53) is GRANTED;
2. Defendant's motion for an order revoking Plaintiff's in forma pauperis status (ECF No. 48) is DENIED as moot;
3. Defendant's request for an extension of time to file a responsive pleading is GRANTED;
4. The substitution of attorney for Defendant (ECF No. 55) is APPROVED; and
5. Defendant shall file a responsive pleading within fourteen (14) days from the date of this Order.

IT IS SO ORDERED.

Dated:   February 9, 2016            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE