UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH LEROY MCCOY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. RAMIREZ, et al.,<br><br>　　　　Defendants. | CASE NO. 1:13-cv-01808-MJS (PC)<br><br>**ORDER TO STRIKE**<br><br>**(ECF No. 99)** |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On February 21, 2017, Plaintiff filed in this case an opposition to a motion to revoke Plaintiff's in forma pauperis status filed in another case, McCoy v. Holguin, 1:15-cv-768-DAD-MJS. (ECF No. 99.) It appears Plaintiff mislabeled his caption on his filing.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's February 21, 2017, opposition (ECF No. 99) is stricken; and

　　　2. The Clerk of Court is directed to file Plaintiff's opposition in case No. 1:15-cv-768-DAD-MJS, McCoy v. Holguin.

IT IS SO ORDERED.

Dated:　March 2, 2017　　　　　　　　　　／s／ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1