UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH LEROY MCCOY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. RAMIREZ, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:13-cv-1808-DAD-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR COST ON APPEAL**<br><br>**(Doc. 122.)**<br><br>**CASE TO REMAIN CLOSED** |

Judgment in this case has been entered twice. The first judgment was entered by the previously-assigned magistrate judge, who was conducting all proceedings in the case based on the consent of the appearing parties. In that role, the judge had screened and dismissed certain claims and defendants (Doc. 33) and later granted the sole defendant's motion for summary judgment (Doc. 112.) Judgment was entered accordingly.

Plaintiff filed a notice of appeal contesting the grant of defendant's motion for summary judgment. (Doc. 114.) On appeal, the Ninth Circuit Court of Appeals vacated the judgment and remanded pursuant to Williams v. King, 875 F.3d 500, 503-04 (9th Cir. 2017). (Doc. 117.) On remand, the magistrate judge converted his screening order and his ruling on defendant's motion for summary judgment into findings and recommendations. (Doc. 120.) These findings and recommendations were adopted in full by the newly-assigned district judge, and judgment was

entered a second time for defendant.[1] (Doc. 126.)

Plaintiff now moves for a motion for cost on appeal on the ground that his appeal against defendant was successful. (Doc. 122.) The appellate court's order does not support this position. The first judgment in this case was vacated by the Ninth Circuit not because plaintiff's claims on the merits were meritorious, but because the appellate court determined that the magistrate judge did not have jurisdiction to dismiss claims or enter judgment. Because plaintiff was not in fact successful against defendant, the Court **DENIES** his motion for cost on appeal.

IT IS SO ORDERED.

Dated:  **February 26, 2019**           /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff has since filed another appeal, which remains pending before the Ninth Circuit. (Doc. 129.)